1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  TENESA S. SCATURRO, ESQ.
   Nevada Bar No. 12488
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email:       ariel.stern@akerman.com
6  Email:       tenesa.scaturro@akerman.com

7  *Attorneys for plaintiff and counter-defendant*
   *Bank of America, N.A., successor by merger*
8  *to BAC Home Loans Servicing LP f/k/a*
   *Countrywide Home Loans Servicing LP*

9

10            **UNITED STATES DISTRICT COURT**

11              **DISTRICT OF NEVADA**

12  BANK OF AMERICA, N.A., SUCCESSOR BY        Case No.:  2:16-cv-00814-GMN-CWH
    MERGER    TO    BAC    HOME    LOANS
13  SERVICING,  LP,  F/K/A  COUNTRYWIDE
    HOME LOANS SERVICING LP,                   **NOTICE OF DISASSOCIATION**
14
                           Plaintiff,
15
    vs.
16
17  FALCON   POINTE   ASSOCIATION;   SFR
    INVESTMENTS POOL 1, LLC; and RED
18  ROCK FINANCIAL SERVICES, LLC,

19                         Defendants.

20  SFR INVESTMENTS POOL 1, LLC, a Nevada
    limited liability company,

21                 Counter/Cross-Claimant,

22  vs.

23  BANK  OF  AMERICA,  N.A.,  successor  by
    merger to BAC HOME LOANS SERVICING,
24  LP, FKA COUNTRYWIDE HOME LOANS
    SERVICING,  LP;  MARK  COWENS,  an
25  individual; and MELANIE GIESE, an individual,

26                 Counter/Cross-Defendants.

27  {39116626;1}

28                              1

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

FALCON POINTE ASSOCIATION,

               Crossclaimant,

vs.

RED ROCK FINANCIAL SERVICES, LLC,

               Cross-Defendant.

      Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing LP (**BANA**) by and through its attorneys of record, hereby provides notice Donna M. Wittig, Esq. is no longer associated with the law firm of Akerman LLP. BANA requests Ms. Wittig be removed from the CM/ECF service list.

      Akerman LLP will continue to represent BANA and requests Ariel E. Stern, Esq. and Tenesa S. Scaturro, Esq. receive all future notices.

      Respectfully submitted, this the 23rd day of August, 2016.

                    **AKERMAN LLP**

                    /s/  *Tenesa S. Scaturro, Esq.*

                    ARIEL E. STERN, ESQ.
                    Nevada Bar No. 8276
                    TENESA S. SCATURRO, ESQ.
                    Nevada Bar No. 12488
                    1160 Town Center Drive, Suite 330
                    Las Vegas, Nevada 89144

                    *Attorneys for plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing LP*

                    IT IS SO ORDERED.

                    DATED:  August 24, 2016

                    _____
                    C.W. HOFFMAN, JR.
                    UNITED STATES MAGISTRATE JUDGE

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{39116626;1}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on the 23rd day of August, 2016, and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** via the Court's CM/ECF system on the following:

James W. Pengilly, Esq.
Elizabeth B. Lowell, Esq.
Chad D. Fuss, Esq.
PENGILLY LAW FIRM
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134

*Attorneys for Falcon Pointe Association*

David R. Koch, Esq.
Steven B. Scow, Esq.
Brody R. Wight, Esq.
KOCH & SCOW LLC
11500 South Eastern Avenue, Suite 210
Henderson, Nevada 89052

*Attorneys for Red Rock Financial Services, LLC*

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

/s/ Nick Mangels
An employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{39116626;1}

3