ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:	ariel.stern@akerman.com
Email:	jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>FALCON POINT ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00814-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 65] AND REPLY SUPPORTING MOTION TO STAY DISCOVERY AND REMAINING CASE DEADLINES PENDING RESOLUTION OF MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 66]**<br><br>**FIRST REQUEST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; MARK COWENS, an individual; and MELANIE GIESE, an individual,<br><br>Counter/Cross-Defendant. | |

1

43492059;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| FALCON POINTE ASSOCIATION, | |
| Cross-Claimant, | |
| vs. | |
| RED ROCK FINANCIAL SERVICES, LLC, | |
| Cross-Defendant. | |

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing LP (**BANA**) and defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC respectfully submit the following stipulation to allow SFR seven additional days to oppose BANA's motion for partial summary judgment ECF No. 65, and BANA seven additional days to reply supporting its motion to stay discovery and remaining case deadlines pending resolution of motion for partial summary judgment, ECF No. 66:

BANA filed its motion for partial summary judgment and motion to stay discovery and remaining case deadlines on November 8, 2017. (ECF No. 66.) SFR filed (**1**) an opposition, (**2**) a counter-motion "to allow case to proceed without restriction" and (**3**) an alternative counter-motion "for complete stay of litigation pending resolution of certified question" on November 22, 2017. (ECF Nos. 69, 70, 71.) SFR's deadline to oppose BANA's motion for partial summary judgment is November 29, 2017. L.R. 7-2(d). BANA's deadline to reply supporting its motion to stay discovery and remaining case deadlines is November 29, 2017, but its deadline to oppose SFR's counter-motions is December 6, 2017. L.R. 7-2(d).

The parties stipulate to extending SFR's opposition deadline and BANA's reply deadline by seven days, to December 6, 2017, to allow both parties additional time to prepare their briefing in light of the intervening Thanksgiving holiday, and allow BANA to coordinate its reply deadline with its deadline to oppose SFR's two counter-motions.

///

///

///

///

2

43492059;1

1    This is both parties' first request for an extension, and is not made to cause delay or prejudice
2    to any party.
3
4    This the 28th day of November, 2017.                    This the 28th day of November, 2017.

**AKERMAN LLP**                                              **KIM GILBERT EBRON**

 */s/ Jamie K. Combs*                                         */s/ Diana S. Ebron*
ARIEL E. STERN, ESQ.                                         DIANA S. EBRON, ESQ.
Nevada Bar No. 8276                                          Nevada Bar No. 10580
JAMIE K. COMBS, ESQ.                                         JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 13088                                         Nevada Bar No. 10593
1160 Town Center Drive, Suite                                KAREN L. HANKS, ESQ.
Las Vegas, Nevada 89144                                      Nevada Bar No. 9578
                                                             7625 Dean Martin Drive, Suite 110
*Attorneys for plaintiff and counter-defendant*              Las Vegas, Nevada 89139
*Bank of America, N.A., successor by merger to*
*BAC Home Loans Servicing LP f/k/a*                          *Attorneys for defendant, counterclaimant and*
*Countrywide Home Loans Servicing LP*                        *cross-claimant SFR Investments Pool 1, LLC*


**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___November 29, 2017_____

3

43492059;1