ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing LP f/k/a*
*Countrywide Home Loans Servicing LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>    Plaintiff,<br><br>vs.<br><br>FALCON POINT ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>    Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counter/Cross-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; MARK COWENS, an individual; and MELANIE GIESE, an individual,<br><br>    Counter/Cross-Defendant. | Case No.: 2:16-cv-00814-GMN-CWH<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER [ECF NO. 93]**<br><br>**FIRST REQUEST** |

*Side margin:* AKERMAN LLP — 1635 VILLAGE CENTER CIRCLE, SUITE 200 — LAS VEGAS, NEVADA 89134 — TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

44124873;1

FALCON POINTE ASSOCIATION,

        Cross-Claimant,

vs.

RED ROCK FINANCIAL SERVICES, LLC,

        Cross-Defendant.

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing LP (**BANA**) and defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC respectfully submit the following stipulation to allow BANA seven additional days to reply supporting its motion for protective order, ECF No. 93:

BANA filed its motion for protective order on January 24, 2018. (ECF No. 93.) SFR filed an opposition on February 8, 2018. (ECF No. 95.) BANA's deadline to reply supporting its motion for protective order is February 15, 2018. L.R. 7-2(d).

The parties stipulate to extending BANA's reply deadline by seven days, to February 22, 2018, to allow BANA additional time to prepare briefing of maximum assistance to the court.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

44124873;1

This is BANA's first request for an extension, and is not made to cause delay or prejudice to any party.

This the 14th day of February, 2018.

**AKERMAN LLP**

 */s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., successor by merger to*
*BAC Home Loans Servicing LP f/k/a*
*Countrywide Home Loans Servicing LP*

This the 14th day of February, 2018.

**KIM GILBERT EBRON**

 */s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counterclaimant and*
*cross-claimant SFR Investments Pool 1, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

February 14, 2018
DATED: _____

44124873;1