1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:  (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email:  ariel.stern@akerman.com
6  Email:  jamie.combs@akerman.com

7  *Attorneys for plaintiff and counter-defendant
   Bank of America, N.A., successor by merger
8  to BAC Home Loans Servicing LP f/k/a
   Countrywide Home Loans Servicing LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br>vs.<br><br>FALCON POINTE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00814-GMN-CWH<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; MARK COWENS, an individual; and MELANIE GIESE, an individual,<br><br>Counter/Cross-Defendants. | |

1

44217901;1

FALCON POINTE ASSOCIATION,

    Crossclaimant,

vs.

RED ROCK FINANCIAL SERVICES, LLC,

    Cross-Defendant.

  Plaintiff and counter-defendant Bank of America, N.A. (**BANA**) provides notice Jesse A. Ransom is no longer associated with the law firm of Akerman LLP. BANA requests Mr. Ransom be removed from the CM/ECF service list.

  Akerman LLP will continue to represent BANA and requests Ariel E. Stern, Esq. and Jamie K. Combs, Esq. receive all future notices.

  Respectfully submitted, this the 26th day of February, 2018.

            **AKERMAN LLP**

            /s/ *Jamie K. Combs, Esq.*
            ARIEL E. STERN, ESQ.
            Nevada Bar No. 8276
            JAMIE K. COMBS, ESQ.
            Nevada Bar No. 13088
            1635 Village Center Circle, Suite 200
            Las Vegas, Nevada 89134

            *Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

IT IS SO ORDERED.

DATED: February 27, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2

44217901;1

## CERTIFICATE OF SERVICE

I certify on the 26th day of February, 2018, and pursuant to Federal Rule of Civil Procedure 5, I filed and served the foregoing **NOTICE OF DISASSOCIATION** via the Court's CM/ECF system on the following:

James W. Pengilly, Esq.
Elizabeth B. Lowell, Esq.
PENGILLY LAW FIRM
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134

*Attorneys for Falcon Pointe Association*

David R. Koch, Esq.
Steven B. Koch, Esq.
KOCH & SCOW LLC
11500 S. Eastern Avenue, Suite 210
Henderson, Nevada 89052

*Attorneys for Red Rock Financial Services, LLC*

Diana S. Ebron, Esq.
Howard C. Kim, Esq.
Jacqueline A. Gilbert, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

/s/ *Nick Mangels*
Nick Mangels, An employee of AKERMAN LLP

44217901;1