ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  karen.whelan@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing LP f/k/a*
*Countrywide Home Loans Servicing LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br>vs.<br><br>FALCON POINTE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.:  2:16-cv-00814-GMN-CWH<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO OPPOSE SUMMARY JUDGMENT MOTIONS**<br><br>**[FIRST REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; MARK COWENS, an individual; and MELANIE GIESE, an individual,<br><br>Counter/Cross-Defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

45665754;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1  FALCON POINTE ASSOCIATION,

2                  Cross-Claimant,

3  vs.

4  RED ROCK FINANCIAL SERVICES, LLC,

5

6                  Cross-Defendant.

7         Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home

8  Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP (**BANA**), defendant and cross-

9  claimant Falcon Pointe Association, defendant and cross-defendant Red Rock Financial Services,

10  LLC and defendant, counter- and cross-claimant SFR Investments Pool 1, LLC stipulate to allow all

11  parties fourteen additional days to oppose (**1**) BANA's second motion for partial summary judgment,

12  Doc. No. 110, and (**2**) SFR's motion for summary judgment, Doc. No. 117.

13         1.      BANA filed its second motion for partial summary judgment on June 15, 2018.

14  (Doc. No. 110.)   The deadline for filing oppositions is July 6, 2018.

15         2.      SFR moved for summary judgment on June 19, 2018. (Doc. No. 117.)  The deadline

16  for filing oppositions is July 10, 2018.

17         3.      The parties stipulate to extending the deadline to oppose BANA's second motion for

18  partial summary judgment and the deadline to oppose SFR's motion for summary judgment by

19  fourteen days, to July 20, 2018 and July 24, 2018, respectively, to allow the parties additional time to

20  prepare their briefing in light of the intervening Fourth of July holiday.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

4.      This is the parties' first request to extend the opposition briefing deadlines, and is not made to cause delay or prejudice to any party.

This the 6th day of July, 2018.

**AKERMAN LLP**

*/s/ Karen A. Whelan, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8215
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

This the 5th day of July, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron, Esq.*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counter- and cross-claimant SFR Investments Pool 1, LLC*

This the 6th day of July, 2018.

**PENGILLY LAW FIRM**

*/s/ Elizabeth B. Lowell, Esq.*
JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6085
ELIZABETH B. LOWELL, ESQ.
Nevada Bar. No. 8551
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134

*Attorneys for defendant and cross-claimant Falcon Pointe Association*

This the 6th day of July, 2018.

**KOCH & SCOW, LLC**

*/s/ Steven B. Scow, Esq.*
DAVID R. KOCH, ESQ.
Nevada Bar No. 8803
STEVEN B. SCOW, ESQ.
Nevada Bar No. 9906
BRODY R. WIGHT, ESQ.
Nevada Bar. No. 13615
11500 South Eastern Avenue, Suite 210
Henderson, Nevada 89052

*Attorneys for defendant and cross-defendant Red Rock Financial Services, LLC*

## ORDER

**IT IS SO ORDERED.**

DATED this __11__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3

45665754;1