ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br>vs.<br><br>FALCON POINTE ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00814-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO REPLY SUPPORTING MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[ECF NOS. 120, 121, 122, and 123]**<br><br>**[FIRST REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; MARK COWENS, an individual; and MELANIE GIESE, an individual,<br><br>Counter/Cross-Defendants. | |

1

45932859;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

FALCON POINTE ASSOCIATION,

        Cross-Claimant,

vs.

RED ROCK FINANCIAL SERVICES, LLC,

        Cross-Defendant.

      Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP (**BANA**), defendant and cross-claimant Falcon Pointe Association, defendant and cross-defendant Red Rock Financial Services, LLC and defendant, counter- and cross-claimant SFR Investments Pool 1, LLC stipulate to allow (**1**) BANA fourteen additional days to reply to SFR, Falcon Pointe and Red Rock's oppositions to its second motion for partial summary judgment, ECF Nos. 121, 122, and 123, and (**2**) SFR fourteen additional days to reply to BANA's opposition to its motion for summary judgment, ECF No. 120.

      1.    BANA filed its second motion for partial summary judgment on June 15, 2018. (ECF No. 110.) SFR and Red Rock filed their oppositions on July 20, 2018. (ECF Nos. 121, 122.) Falcon Pointe filed its opposition on July 23, 2018. (ECF No. 123.)

      2.    SFR moved for summary judgment on June 19, 2018. (ECF No. 117.) BANA filed its opposition on July 19, 2018. (ECF No. 120.)

      3.    The deadline for BANA to reply to SFR and Red Rock's oppositions is August 3, 2018. *See* L.R. 7-2. The deadline for BANA to reply to Falcon Pointe's opposition is August 6, 2018. *See id.*

      4.    The deadline for SFR to reply to BANA's opposition is August 2, 2018. *See id.*

      5.    The parties stipulate to extending BANA's deadline to reply to SFR and Red Rock's oppositions, ECF Nos. 121 and 122, by fourteen days, to **August 17, 2018**, BANA's deadline to reply to Falcon Pointe's opposition by eleven days,to **August 17, 2018**, and SFR's deadline to reply to BANA's opposition, ECF No. 120, by fifteen days, to **August 17, 2018**, to allow the parties additional time to prepare their briefing and coordinate the briefing schedules.

///

45932859;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

6. This is the parties' first request to extend the reply briefing deadlines, and is not made to cause delay or prejudice to any party.

This the 2nd day of August, 2018.

**AKERMAN LLP**

*/s/ Jamie. K. Combs, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

This the 2nd day of August, 2018.

**PENGILLY LAW FIRM**

*/s/ Ty M. Maynarich, Esq.*
JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6085
ELIZABETH B. LOWELL, ESQ.
Nevada Bar. No. 8551
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
TY M. MAYNARICH, ESQ.
Nevada Bar No. 14584
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134

*Attorneys for defendant and cross-claimant Falcon Pointe Association*

This the 2nd day of August, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron , Esq.*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counter- and cross-claimant SFR Investments Pool 1, LLC*

This the 2nd day of August, 2018.

**KOCH & SCOW, LLC**

*/s/ Steven B. Scow, Esq.*
DAVID R. KOCH, ESQ.
Nevada Bar No. 8803
STEVEN B. SCOW, ESQ.
Nevada Bar No. 9906
BRODY R. WIGHT, ESQ.
Nevada Bar. No. 13615
11500 South Eastern Avenue, Suite 210
Henderson, Nevada 89052

*Attorneys for defendant and cross-defendant Red Rock Financial Services, LLC*

## ORDER

**IT IS SO ORDERED.**

DATED this __13__ day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3

45932859;1