1  Robert T. Robbins, Esq.
   Nevada Bar No. 6109
2  rrobbins@robbinslawfirm.legal
3  Elizabeth B. Lowell, Esq.
   Nevada Bar No. 8551
4  elowell@robbinslawfirm.legal
   Chad D. Fuss, Esq.
5  Nevada Bar No. 12744
6  cfuss@robbinslawfirm.legal
   Ty M. Maynarich, Esq.
7  Nevada Bar No. 14584
   tmaynarich@robbinslawfirm.legal
8  **ROBBINS LAW FIRM**
9  1995 Village Center Cir., Suite 190
   Las Vegas, NV 89134
10 T: (702) 889-6665; F: (702) 889-6664
   *Counsel for Defendant Falcon Pointe*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br>v<br><br>FALCON POINTE ASSOCIATION; SFR INVESTMENT POOL 1, LLC; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-00814-GMN-CWH<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| FALCON POINTE ASSOCIATION,<br><br>Crossclaimant,<br>v<br><br>RED ROCK FINANCIAL SERVICES, LLC,<br><br>Crossdefendant. | |

PLEASE TAKE NOTICE that, pursuant to LR 1A 11-6, the FALCON POINT HOMEOWNERS ASSOCIATION hereby provides notice that James W. Pengilly, Esq. is no

longer associated with the ROBBINS LAW FIRM as an attorney and requests that he be removed from the electronic service list in this case.

The ROBBINS LAW FIRM continues to serve as counsel for FALCON POINT HOMEOWNERS ASSOCIATION. All future correspondence, papers and future ntoices in this action should continue to be directed to Robert T. Robbins, Esq. and Elizabeth B. Lowell, Esq.

Respectfully submitted this 14th day of January, 2019.

**ROBBINS LAW FIRM**

*/s/ Elizabeth B. Lowell*
Robert T. Robbins, Esq. (NVB 6109)
Elizabeth Lowell, Esq. (NVB 8551)
Chad D. Fuss, Esq. (NVB 12744)
Ty M. Maynarich, Esq. (NVB 14584)
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134

## **COURT APPROVAL**

IT IS SO ORDERED
Date: January 15, 2019 _____

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2019, and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** addressed to:

| | |
|---|---|
| Ariel E. Stern | Diana S. Ebron, Esq. |
| **Akerman LLP** | Jacqueline A. Gilbert, Esq. |
| 1635 VillageCenter Circle | Karen L. Hanks, Esq. |
| Suite 200 | **Kim Gilbert Ebron** |
| Las Vegas, NV 89134 | 7625 Dean Martin Dr., Ste. 110 |
| 702-634-5000 | Las Vegas, Nevada 89139 |
| Fax: 702-380-8572 | diana@kgelegal.com |
| ariel.stern@akerman.com | howard@kgelegal.com |
| jamie.combs@akerman.com | jackie@kgelegal.com |

David R Koch
Koch & Scow LLC
11500 S. Eastern Ave., Ste. 210
Henderson, NV 89052
702-318-5040
Fax: 702-318-5039
Email: dkoch@kochscow.com
sscow@kochscow.com

_____
An employee of Robbins Law Firm