# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

        Plaintiff,

  vs.

FALCON POINT ASSOCIATION, *et al.*,

        Defendants.

Case No.: 2:16-cv-00814-GMN-CWH

**ORDER**

On September 28, 2018, the Court granted summary judgment in favor of Plaintiff on its quiet title claim and against all Defendants. *See Bank of Am., N.A. v. Falcon Point Ass'n*, 347 F. Supp. 3d 592 (D. Nev. 2018). Because Plaintiff's remaining claims against Red Rock Financial Services, LLC, and Falcon Point Association were plead in the alternative, the Court dismissed those claims as moot. *Id.* at 603. The Court also granted SFR's Motion for Summary Judgment on its quiet title claim against Borrowers, Mark Cowens and Melanie Giese. The Order resolved all parties' competing claims, leaving nothing for the Court to decide.

Accordingly,

**IT IS HEREBY ORDERED** the Clerk of Court is instructed to close the case and enter judgment in accordance with this Order and the Court's Order on the parties' summary-judgment motions, (ECF No. 136),

**DATED** this __2__ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Judge